WILLIAM ROLFS and Others, Respondents, v. DAVID E. GRANGE and Others, Appellants, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. (See *Land Value Refunding Co., Inc.*, v. *Babcock Company, Inc.*, 190 App. Div. 858.) The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley and Dore, JJ.

DICTOGRAPH PRODUCTS COMPANY, INC., Appellant, v. EDWARD S. PEROT, JR., and Another, Respondents. EDWARD S. PEROT, JR., Respondent, v. DICTOGRAPH PRODUCTS COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

GEORGE D. FEXY, Tenant, Plaintiff-Appellant, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Landlord, Defendant-Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. Section 1443 of the Civil Practice Act does not give the court power to grant a stay under the circumstances of this case. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

CHARLOTTE RUTH FERGUSON, Appellant, v. ARMOUR FERGUSON, Respondent.— Orders unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

CHARLOTTE RUTH FERGUSON, Appellant, v. ARMOUR FERGUSON, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

ARENAL REALTY COMPANY, Respondent, v. THE PRUDENCE COMPANY, INC., Defendant, Impleaded with REALTY ASSOCIATES, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

44 WEST 66TH ST. CORP., Respondent, v. THE PRUDENCE COMPANY, INC., Defendant, Impleaded with REALTY ASSOCIATES, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

JENNIE WIAND, a Bond Certificate Holder and Beneficiary under a Mortgage Conveyed in Trust to the STRAUS NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Now Succeeded by THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Suing on Behalf of Herself and All Other Bond Certificate Holders and Trust Beneficiaries Similarly Situated, Plaintiff, v. THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Individually and as Trustee, Appellant, and LEWIS H. POUNDS and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

CLARENCE H. MORROW, Suing on Behalf of Himself and All Other Holders of First Mortgage 6½% Serial Gold Bonds of the Defendant CAPITOL THEATRE COMPANY (a West Virginia Corporation) Similarly Situated, Respondent, v. WARNER BROS. PICTURES, INC. and Others, Appellants, Impleaded with Others.— Order unanimously modified by directing the examination of the president of the corporate defendant, and such other officers in the order of their office as may appear necessary, and as so modified affirmed, with twenty dollars costs and disbursements to